433 A.2d 140

Commonwealth v. Wiley, Appellant.

Submitted November 14, 1980. James A. Stranahan, IV, for appellant; Charles S. Hersh, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.